In the Matter of the Application of MARJORIE BROWNING to Compel the TITLE GUARANTY AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING,

Deceased, to Pay the Claims of Petitioner against the Estate of Said Edward W. Browing, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 764.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.